No. 10–9712.  FREDERICK *v.* GRAHAM.  Sup. Ct. Wis.  Motion
of petitioner for leave to proceed *in forma pauperis* denied, and
certiorari dismissed.  See this Court's Rule 39.8.  As petitioner
has repeatedly abused this Court's process, the Clerk is directed

not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*